IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHANE COREY GRIFFIN,

    Petitioner,

v.                                       CASE NO. 1:11cv165-SPM/GRJ

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated September 29, 2011 (doc. 6).  Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

    2.    Petitioner's "Motion for Post-Conviction Relief" (doc. 5) and

"Complaint for Writ of Habeas Corpus or in the Alternative Writ of Mandamus" (doc. 1) are dismissed as unexhausted and pursuant to Younger v. Harris.

3. The clerk shall close this case.

DONE AND ORDERED this 3rd day of November, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge